IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN R. SIMMONS, JR.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLEGHENY GENERAL HOSPITAL.<br>　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 12-0037<br>)<br>)<br>) |

ORDER

AND NOW, this 30th day of January, 2012, upon consideration of plaintiff's motion for leave to proceed in forma pauperis [Doc. No. 1], said motion is hereby GRANTED and the clerk of court is directed to file plaintiff's complaint. IT IS FURTHER ORDERED that the complaint is DISMISSED, without prejudice, for lack of subject matter jurisdiction due to plaintiff's failure to demonstrate diversity of citizenship.

For purposes of diversity jurisdiction, the domicile of a prisoner before imprisonment presumptively remains his domicile during imprisonment, barring a demonstrated intent to remain in the state of incarceration upon release. See, e.g., Hall v. Curran, 599 F.3d 70, 72 (1st Cir. 2010).

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record